COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:          01-14-00964-CV

Style:                 In re TMX Finance of Texas, Inc; TitleMax of Texas, Inc.; and TMX
                       Finance LLC

Date motion filed[*]:  December 8, 2014

Type of motions:       Unopposed Motion for Extension of Time to File Response to
                       Mandamus Petition

Parties filing motions: Real Parties in Interest

Document to be filed:  Response

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:  December 16, 2014

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

Although relators did not include the reporter's record because they stated in their verification that no evidentiary testimony or exhibits were submitted at the hearing, the RPIs state that this record is needed for resolution of the petition and that the parties have requested it on an expedited basis and expected it early last week.  *See* TEX. R. APP. P. 52.4(e), 52.7(a)(2).  Accordingly, the real parties in interests' motion for a 1-week extension of time to file a response to the mandamus petition is granted until December 16, 2014.  *See* TEX. R. APP. P. 10.3(a)(2),10.5(b)(1).

Judge's signature: /s/ Evelyn V. Keyes
           ☒  Acting individually

Panel consists of _____

Date:  December 16, 2014

November 7, 2008 Revision